```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 23116
   MARION D CLARK
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

            Debtor
   SSN XXX-XX-4058


--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 12/10/2007 and was confirmed 03/06/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 08/14/2008.
--------------------------------------------------------------------------
CREDITOR NAME                  CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                                 PAID           PAID
--------------------------------------------------------------------------
AASTRO TITLE                SECURED VEHIC      2000.00          11.75          188.90
CCA                         UNSECURED         NOT FILED          .00             .00
PORTFOLIO RECOVERY ASSOC    UNSECURED           647.30           .00             .00
AMERITECH                   UNSECURED         NOT FILED          .00             .00
CITICORP CREDIT SERVICES    UNSECURED         NOT FILED          .00             .00
CITY OF CHICAGO PARKING     UNSECURED          5292.88           .00             .00
GOODYEAR                    UNSECURED         NOT FILED          .00             .00
ST JOSEPH HOSPITAL          UNSECURED         NOT FILED          .00             .00
PEOPLES GAS LIGHT & COKE    UNSECURED          2105.74           .00             .00
ROGERS & HOLLAND            UNSECURED         NOT FILED          .00             .00
SEVENTH AVENUE              UNSECURED           464.48           .00             .00
ASSET ACCEPTANCE CORP       UNSECURED            86.12           .00             .00
ROBERT J SEMRAD & ASSOC     DEBTOR ATTY       3,493.00                         232.91
TOM VAUGHN                  TRUSTEE                                             37.70
DEBTOR REFUND               REFUND                                               .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                  471.26

PRIORITY                                           .00
SECURED                                         188.90
   INTEREST                                      11.75
UNSECURED                                          .00
ADMINISTRATIVE                                  232.91
TRUSTEE COMPENSATION                             37.70
DEBTOR REFUND                                      .00
                       --------------        --------------
TOTALS                    471.26                471.26


              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 23116 MARION D CLARK
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 11/20/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 07 B 23116 MARION D CLARK